Jeremy M. Hoffman (5290)
YOUNG HOFFMAN, LLC
170 South Main Street, Suite 1125
Salt Lake City, Utah 84101-1639
Telephone: (801) 359-1900
Facsimile: (801) 359-1980
jmhoffman@yahlaw.com
Attorney for Applicant,
LAURIE INTERNATIONAL INC.

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH - CENTRAL DIVISION

| | |
|---|---|
| In Re Application of<br><br>LAURIE INTERNATIONAL INC.,<br><br>Applicant. | **ORDER GRANTING LEAVE TO CONDUCT DISCOVERY IN AID OF FOREIGN LITIGATION PURSUANT TO 28 U.S.C. §1782**<br><br>**Case No.: 2:14-mc-00926-DB**<br><br>**Judge: Judge Dee Benson** |

The Application of Laurie International Inc. to Conduct Discovery in Aid of Foreign Litigation Pursuant to 28 U.S.C. §1782 is before the Court for decision. Based upon the Application and the Declarations of James D. Henderson and Bradley Robert McFarland, and good cause appearing therefore:

IT IS HEREBY ORDERED that Applicant Laurie International Inc. is granted leave to conduct discovery pursuant to 28 U.S.C. §1782, and that Laurie International, Inc. is authorized to immediately issue and serve subpoenas upon Vision Bankcard, Inc., and W. Jeffrey Knowles in substantially the same form as the subpoenas attached to the application. Laurie International Inc. shall set a reasonable date for compliance with the subpoenas consistent with the applicable

Federal Rules of Civil Procedure.

DATED this 27th day of January, 2015

BY THE COURT

_____
Honorable Dee Benson
U.S. District Court Judge